BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOHN GIUMARRA,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:13-cv-01690-SAB<br><br>ORDER ON JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S CONFIDENTIAL LETTER BRIEF |

    The parties hereby stipulate, through their undersigned attorneys and subject to the Court's approval, that Defendant shall have an extension of time, up to and including June 27, 2014, in which to respond to Plaintiff's confidential letter brief. The current due date for this response coincides with Defendant's counsel's longstanding vacation plans, and his heavy case load for the months of May and June 2014 prevent him from considering Plaintiff's letter brief in light of the underlying record before leaving on vacation.

Respectfully submitted,

Date: *May 30, 2014*     */s/ Roger D. Drake*
ROGER D. DRAKE
Attorney for Plaintiff

Date: *May 30, 2014*     ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division

 */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Commissioner's confidential letter brief shall be served on or before **June 27, 2014**;
3. Any stipulation to remand the case shall be filed on or before **July 28, 2014**;
4. Plaintiff's opening brief shall be filed on or before **July 28, 2014**;
5. Commissioner's responsive brief shall be filed on or before **August 28, 2014**; and
6. Plaintiff may file a reply brief on or before **September 12, 2014**.

IT IS SO ORDERED.

Dated:   **May 30, 2014**

UNITED STATES MAGISTRATE JUDGE

-2-