BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
      Social Security Administration
      Office of the General Counsel
      160 Spear St Ste 800
      San Francisco, CA 94105
      Telephone: (415) 977-8962
      Facsimile: (415) 744-0134
      E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO)

| | |
|---|---|
| JOHN GIUMARRA,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:13-cv-01690-SAB<br><br>JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

    The parties, through counsel, hereby stipulate to voluntary remand of this case for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), and for entry of judgment in favor of Plaintiff. The purpose of the remand is to vacate the administrative law judge's (ALJ's) decision that is now before this Court and issue a new ALJ decision on Plaintiff's case.

    Cane use was an important consideration in the step-five finding of nondisability. The ALJ assessed Plaintiff with the need for a cane, a limitation that, the vocational expert testified, would erode the representative occupations by 80 to 90 percent or preclude all competitive work,

depending on the extent to which Plaintiff required use of a cane. On remand, the ALJ will consider and address all the medical opinions of record and specifically consider Plaintiff's maximum residual functional capacity—in particular, Plaintiff's need for a cane.

Respectfully submitted,

Date: *June 26, 2014*                            */s/ Roger David Drake*
                                                 ROGER DAVID DRAKE
                                                 Attorney for Plaintiff

Date: *June 26, 2014*                            BENJAMIN B. WAGNER
                                                 United States Attorney
                                                 DONNA L. CALVERT
                                                 Acting Regional Chief Counsel, Region IX
                                                 Social Security Administration

                                                 */s/ Timothy R. Bolin*
                                                 TIMOTHY R. BOLIN
                                                 Special Assistant United States Attorney
                                                 Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this case be remanded for further proceedings, as described above, pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk's Office is directed to enter judgment in favor of Plaintiff.

IT IS SO ORDERED.

Dated:   **June 27, 2014**                       _____
                                                 UNITED STATES MAGISTRATE JUDGE

2