UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIUMARRA, | ) CASE NO.: 1:13-cv-01690-SAB |
|  Plaintiff, | ) ORDER AWARDING EAJA FEES |
| v. |  |
| COMMISSIONER OF SOCIAL SECURITY |  |
|  Defendant. |  |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($1,900.00) subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **January 16, 2015**

UNITED STATES MAGISTRATE JUDGE

-1-